December 18, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

**M & F WORLDWIDE CORP., MCG INTERMEDIATE HOLDINGS, INC.,
MAFCO WORLDWIDE CORPORATION, MAFCO CONSOLIDATED GROUP
LLC, AND PCT INTERNATIONAL HOLDINGS, INC., Appellants**

NO. 14-14-00045-CV            V.

*PEPSI-COLA METROPOLITAN BOTTLING COMPANY*, Appellee

_____

This cause, an appeal from the trial court's order denying the special appearances of appellants M & F Worldwide Corp., MCG Intermediate Holdings, Inc., MAFCO Worldwide Corporation, MAFCO Consolidated Group LLC, and PCT International Holdings, Inc., signed December 23, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

We order appellants, M & F Worldwide Corp., MCG Intermediate Holdings, Inc., MAFCO Worldwide Corporation, MAFCO Consolidated Group LLC, and PCT International Holdings, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.